IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
____MACON____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RECEIVED
CLERK'S OFFICE
2013 DEC -6 AM 8: 24
U.S. ___
MIDDLE ___ COURT
MACON, GEORGIA

ANDREW HOWARD BRANNAN
ID# 1041320

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Brian Owens, et al.

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

5:13-CV-454

I. GENERAL INFORMATION

1. Your full name and prison number ANDREW HOWARD BRANNAN #1041320
2. Name and location of prison where you are now confined _____
3. Sentence you are now serving (how long?) UNDER DEATH SENTENCE
   (a) What were you convicted of? MURDER, (WHILE DEFENDING SELF)
   (b) Name and location of court which imposed sentence _____
   (c) When was sentence imposed? _____
   (d) Did you appeal your sentence and/or conviction?   Yes ☒   No ☐
   (e) What was the result of your appeal? ON GOING

(f) Approximate date your sentence will be completed __N/A__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

  Yes ☒   No ☐

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

  Plaintiff(s): __ANDREW H. BRANNAN__

  Defendant(s): __BRIAN OWENS, WARDEN CARL HUMPHREY, SCOTT, FAWLKS, CARTER, 1-4 JOHN DOE__

  (b) Name of Court: __U.S. DISTRICT COURT MIDDLE GA. (MACON)__
  (c) Docket Number: __5:13-CV-00173-MTT-MSH__   When did you file this lawsuit? __4/9/13__
  (d) Name of judge assigned to case: __MARC THOMAS TREADWELL__
  (e) Is this case still pending?    Yes ☐   No ☒
  (f) If your answer to (e) is "No", when was it disposed of and what were the results?
  (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

  __VOLUNTARILY WITHDREW TO REFILE WITHIN TWO YEARS, DISMISSED WITHOUT PREJUDICE 6/1/13__

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☒   No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit:

  Plaintiff(s): __SEE 5.(a) THRU (f) FOR 7.(a) THRU (f)__

  Defendant(s): _____

  (b) Name of Court: _____
  (c) Docket Number: _____   When did you file this lawsuit? _____
  (d) Name of judge assigned to case: _____
  (e) Is this case still pending?   Yes ☐   No ☒

(f)  If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____
_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☒

If your answer is Yes, state the name of the court and docket number as to each case:

_____    _____
_____    _____
_____    _____
_____    _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place?  GEORGIA DIAGNOSTIC AND CLASSIFACATION PRISON HWY 36 WEST  2978 PRISON BLVD, JACKSON, GA 30233-0078

(a) Does this institution have a grievance procedure?    Yes ☒    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☒    No ☐

(2) If Yes, what was the result?  GRIEVANCE 142270 FILED 1/17/13 FORWARDED TO GA. DEPT. OF CORRECTIONS INTENAL INVESTIGATIONS UNIT 1/25/13,

_____

(3) If No, explain why not: _____
_____
_____
_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to. GRIEVANCE ABOUT BROKEN RIBS, PAIN, HEADACHE, DIZZY, BLURRED VISION NEED TO GO TO MEDICAL, NO RESPONCE COUNSELOR R. FOSKEY, 1/24/13, GRIEVANCE 3/5/13 CONDITIONS HAVE RECEIV

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system? Yes ☒ AND No ☒    NO RESPONSE

(1) If Yes, to whom did you appeal and what was the result? GRIEVANCE #147826 LACK OF ACCESS TO LAW LIBRARY TO PREPARER AND FILE NONFRIVOLOUS COMPLAINT, APPEAL DENIED 6/3/13

(2) If No, explain why you did not appeal: LETTER TO ME STATED: "THE DECISION TO FORWARD YOUR GRIEVANCE TO THE INTERNAL INVESTIGATION UNIT AND CLOSE YOUR GRIEVANCE IS NOT APPEALABLE." #142270

10. In what other institutions have been confined? Give dates of entry and exit.
BALDWIN CO. JAIL JAN 1998 - JUNE 1998
WARD 4 MIDDLE GA MENTAL HEALTH HOSPITAL 6/98 - 9/98
BALDWIN CO. JAIL 9/98 - 1/00

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON, 2978 PRISON BLVD, HWY 36 WEST, BOX 3877, JACKSON GA. 30233-0078

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? __See attached documents__

WHEN do you allege this incident took place? _____

WHAT happened? __See attached documents__

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

See attached documents

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

See attached documents

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this __2__ day of __december__, 20_13_.

_Andrew Brannan_
PLAINTIFF